# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No.: 21-5003-04-CR-SW-MDH |
| **RITA M. GLASGOW,** | |
| **Defendant.** | |

## *ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

Upon application by the United States of America, it is hereby

**ORDERED** that the Clerk shall issue a writ of habeas corpus ad prosequendum directed to the **Warden, Chillicothe Correctional Center, 3151 Litton Road, Chillicothe, Missouri, 64601**, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one **RITA M. GLASGOW, (INMATE #1170894)**, now confined at the aforementioned facility, in the custody of the person there in charge, before the **Chief United States Magistrate Judge** at Springfield, Missouri, **forthwith,** or at any time thereafter as the Court may direct, so that said person may appear in accordance with the law in the above-entitled cause; and, after said person shall have so appeared, to return said person to the aforementioned custody as may be directed by this Court.

Dated this 12th day of October, 2022.

*s/ David P. Rush*
**DAVID P. RUSH**
**Chief United States Magistrate Judge**