*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHWESTERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　**Date:**　　November 21, 2022

**vs.**　　　　　　　　　　　　　　　　　　　　**Case No.:** 21-05003-04-CR-SW-MDH

**RITA M. GLASGOW**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　Arraignment
　　　　　　　　　　　Scheduling Conference

**Time Commenced:**　9:23 a.m.　　　　　　　　**Time Terminated:**　9:25 a.m.

---

### APPEARANCES

**Plaintiff:**　Cameron Beaver, SAUSA
**Defendant:**　Abe McGull, CJA

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person on a writ from state custody.

　*Arraignment*: Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.

　*Scheduling Conference*: A scheduling order setting forth discovery deadlines will be entered by the Court. Case placed on the next Joint Criminal Trial Docket. Rule 5f Order entered.

　*Custody*: Defendant in custody.

---

**Courtroom Deputy/ERO:** Karla Berziel